STEPHEN J. PEIRANO, Respondent, v. AUGUSTUS SBARBORO, Appellant.— In an action for an accounting between cotenants, order striking out the affirmative defense contained in defendant's answer and directing interlocutory judgment,

and the judgment thereon entered decreeing an accounting by each party, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.